IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**HENRY TONJE SMITH**                                                            **PLAINTIFF**

        v.                 Civil No. 05-2085

**CPL. GADEKE, Jailer; DEPUTY
STEWART, Jailer; CRYSTAL WHITE,
Jail Nurse; and CHRISTA MINTON,
Jail Nurse**                                                       **DEFENDANTS**

## O R D E R

Now on this 2nd day of December, 2005, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #17), and plaintiff's **Objections** thereto (document #18), and the Court, having carefully reviewed both documents, finds that the Report And Recommendation is sound in all respects, and that it should be adopted *in toto*.

The only objection lodged by plaintiff is his argument that the Magistrate Judge is without jurisdiction to act in this matter. Such authority is clearly granted by **28 U.S.C. §636(b)(1)(B),** and this objection will, therefore, be overruled.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed with prejudice.**

**IT IS SO ORDERED.**

                                                               **/j/ Jimm Larry Hendren**
                                                                **JIMM LARRY HENDREN**
                                                                **UNITED STATES DISTRICT JUDGE**